# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>John Michael Christian<br><br>_____<br>*Defendant* | )<br>)  Case No. 3:19-mj-00144-1<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **John Michael Christian**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and to Possess with the Intent to Distribute Heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846.

Date: **August 8, 2019**

*Issuing officer's signature* — John Jelderks

City and state: Portland, Oregon

Jonathan Lobell, Deputy U.S. Marshal
*Printed name and title*

---

**Return**

This warrant was received on *(date)* **12/24/19**, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE _____
ARRESTED BY **USMS**

Date: _____

U.S. MARSHAL
BY **GERG, R.W.**

*Arresting officer's signature*

*Printed name and title*