**Elizabeth G. Daily, OSB 111758**
**Assistant Federal Public Defender**
**Email: liz_daily@fd.org**
**101 SW Main Street, Suite 1700**
**Portland, OR 97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:22-cr-00337-IM |
| Plaintiff, | |
| v. | **DEFENDANT'S SENTENCING MEMORANDUM** |
| **JOHN MICHAEL CHRISTIAN,** | |
| Defendant. | |

On Friday, May 5, 2023, John Christian will appear before this Court for sentencing on one count of possession with intent to distribute heroin and methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) (Count 1), and one count of conspiracy to possess with intent to distribute and to distribute heroin, in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(C), and 846 (Count 2).

For reasons to be presented in further detail at sentencing, and based on the sentencing factors in 18 U.S.C. § 3553(a), the defense will ask the Court to impose a sentence of time served, one year of home confinement, three years of supervised release, and community service in the Court's discretion. Mr. Christian has already served over one year in custody to date. In addition,

he spent four months in inpatient substance use treatment, and he has been on pretrial supervision for approximately 31 months after releasing from inpatient treatment.

The defense sentencing recommendation is supported by Mr. Christian's exceptional post-offense rehabilitation. Since his arrest in 2019, Mr. Christian successfully graduated from DePaul inpatient treatment in September 2020. With medication assisted treatment, he has maintained his sobriety for over three years. In that time, he enrolled at Portland Community College and will graduate in August 2023 with an associate's degree in computer information systems, earning accolades from his professors and a cumulative 3.90 GPA. He has a stable residence at an Oxford House in Aloha that he helps to manage, he works part time for DoorDash while attending school, and he spends all of his free time with his son, now three and a half, creating a cohesive family unit along with his child's mother (codefendant Stephanie Bauer).

The requested sentence is sufficient but not greater than necessary to serve the purposes of sentencing. It serves the purposes of punishment and deterrence by imposing a strong community-based sanction that significantly restricts Mr. Christian's liberty. However, it will also preserve community safety and capitalize on Mr. Christian's rehabilitative progress so that he can continue to provide a stable and healthy life for his son while using his developing skills to give back to his community.

Respectfully submitted this 1st day of May, 2023.

                                                 */s/ Elizabeth G. Daily*
                                                 Elizabeth G. Daily
                                                 Attorney for Defendant